UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| AMY L. KOHON, | ) | Case No. 07 B 12362 |
| | ) | |
| *Debtor(s).* | ) | Judge Manuel Barbosa |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors, and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held

At:  Kane County Courthouse, 100 S. Third St., Courtroom 140, Geneva, IL 60134

On: **April 24, 2008**                    Time: **10:00 a.m.**

2.      The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transaction such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.      The trustee's Final Report shows total:

Receipts                              $26,265.46

Disbursements                    $15,000.00

Net Cash Available for Distribution      $11,265.46

4.      Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Charles J. Myler, Trustee | $0.00 | $1,876.55 | $19.11 |
| Myler, Ruddy & McTavish, Attorneys for trustee | $0.00 | $3,112.50 | $  0.00 |

5.      Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | $ | $ | $ |

6.      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $13,063.35 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be $47.89%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 4. | IRS | $13,063.35 | $6,257.30 |

7.      Claims of general unsecured creditors totaling $17,383.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 0%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1. Discover Bank/DFS Services LLC | | $7,378.00 | $0.00 |
| 2. AES/DDB | | $9,728.29 | $0.00 |
| 3. Tri City Radiology | | $35.60 | $0.00 |
| 4. IRS | | $241.84 | $0.00 |

8.      Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.      The trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn St., 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.     Debtor has been discharged.

11.     The trustee proposes to abandon the following property at the hearing:

Dated:  **March 13, 2008**                                        For the Court,

                                                                By:

                                                                **KENNETH S. GARDNER**
                                                                Kenneth S. Gardner
                                                                Clerk of the U.S. Bankruptcy Court
                                                                219 So. Dearborn St., 7th Floor
                                                                Chicago, IL 60604

Trustee:      Charles J. Myler, ARDC#2008602
Address:      105 E. Galena Blvd., 8th Floor
              Aurora, IL 60505
Phone:        630-897-8475
Fax:          630-897-8076

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| District/off: 0752-1 | User: amcc7 | Page 1 of 1 | Date Rcvd: Mar 13, 2008 |
| Case: 07-12362 | Form ID: pdf002 | Total Served: 22 | |

The following entities were served by first class mail on Mar 15, 2008.
```
db           +Amy L. Kohon,   2745 Country Ct.,   Geneva, IL 60134-3513
aty          +Richard G Larsen,   Myler, Ruddy & McTavish,   105 E. Galena Blvd., 8th Floor,
              Aurora, IL 60505-3338
aty          +Roy Safanda,   Safanda Law Firm,   111 East Side Drive,   Geneva, IL 60134-2402
tr           +Charles J Myler,   Myler Ruddy & McTavish,   105 East Galena Boulevard,   8th Floor,
              Aurora, IL 60505-3338
11614982     +AES/DDB,   PO BOX 8183,   HARRISBURG, PA 17105-8183
11473979      Allergy and Asthma Medical Assoc.,   389 Schmale Rd.,   Carol Stream, IL 60188-2756
11473980      American Education Services,   POB 2461,   Harrisburg, PA 17105-2461
11473981      Chase Cardmember Service,   POB 15153,   Wilmington, DE 19886-5153
11473982      College Funding Services,   POB 6004,   Ridgeland, MS 39158-6004
11473983     +Delnor Community Hospital,   300 Randall Road,   Geneva, IL 60134-4202
11473985     +First American Bank,   1650 Louis Ave.,   Elk Grove Village, IL 60007-2350
11473986     +Harley Davidson Credit,   Zylstra Harley-Davidson,   131 s. Randall Rd.,
              Saint Charles, IL 60174-1568
11473987    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court:  Internal Revenue Service,   230 S. Dearborn St.,,  Mail Stop 5010 CHI,
              Chicago, IL 60604)
11473988     +Lowes,   955 S. Randall Road,   Saint Charles, IL 60174-1556
11473989     +Midwest Orthopaedic Inst.,   2111 Midlands Ct., Ste. 100,   Sycamore, IL 60178-3125
11473990      Provena Health Center for Diag.,   75 Remittance Dr., Ste. 6254,   Chicago, IL 60675-6254
11473991     +Susan B. Tatnall,   115 Campbell St., Ste. 1,   Geneva, IL 60134-2785
11473992     +Tri City Radiology,   9410 Compubill Dr.,   Orland Park, IL 60462-2627
11473993      University Accounting Service,   POB 932,   Brookfield, WI 53008-0932
11473994     +Wells Fargo,   POB 6423,   Carol Stream, IL 60197-6423
```

The following entities were served by electronic transmission on Mar 14, 2008.
```
11473984      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 14 2008 04:37:32      Discover Platinum Card,
              POB 30943,   Salt Lake City, UT 84130
11590725      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 14 2008 04:37:32
              Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany, OH 43054-3025
                                                                              TOTAL: 2
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Ruddy & McTavish
aty*         +Charles J. Myler,   Myler Ruddy & McTavish,   105 East Galena Boulevard,   8th Floor,
              Aurora, IL 60505-3338
                                                                         TOTALS: 1, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 15, 2008**            **Signature:**    *Joseph Speetjens*